IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      Plaintiff-Respondent,

v.                                   No. CIV 10-976 JC/LFG
                                        No. CRIM 07-1010 JC

**HERBERT I. PERKINS,**

      Defendant-Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS AND RECOMMENDED DISPOSITION AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed March 7, 2011 [Doc. 12]. Defendant/Movant Herbert I. Perkins ("Perkins") did not file objections, and the deadline for filing objections has passed. The Court accepts the Magistrate Judge's findings and recommendation that Perkins' § 2255 petition be denied with prejudice and that this matter be dismissed.

IT IS HEREBY ORDERED that the United States Magistrate Judge's Analysis and Recommended Disposition are adopted by the Court.

IT IS FURTHER ORDERED that Defendant/Movant Perkins' § 2255 petition is denied with prejudice and that this action is dismissed.

_____
SENIOR UNITED STATES DISTRICT JUDGE